## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

TAMMY J. JONES,              :

    Plaintiff,                :

vs.                          :        CA 07-0202-C

MICHAEL J. ASTRUE,           :
Commissioner of Social Security,
                              :
    Defendant.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff's application for supplemental security income benefits be affirmed.

**DONE** this the 9th day of November, 2007.

                                      s/WILLIAM E. CASSADY
                                      **UNITED STATES MAGISTRATE JUDGE**